IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BEDFORD WATSON, | ) |
| Petitioner, | ) |
| VS. | ) No. 05-1215-T/An |
| TONY PARKER, | ) |
| Respondent. | ) |

## ORDER ON MOTION FOR DETERMINATION OF STATUS OF CASE

Petitioner Bedford Watson filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, on July 29, 2005. On September 6, 2005, petitioner filed a motion seeking information regarding the status of his case.

The petition is currently undergoing the preliminary review required by Rule 4 of the Rules Governing § 2254 Cases. If the Court determines that the petition should not be dismissed, the State will be ordered to file an answer.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

7 September 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01215 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Bedford Watson
NWCC
228972
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT